**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court

Eastern District of Arkansas
Case No. **3:05–bk–10003**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert G. Drace Jr. | Tracey L. Drace |
| PO Box 81 | PO Box 81 |
| Tyronza, AR 72386 | Tyronza, AR 72386 |

Social Security No.:
  xxx–xx–3472                                                                                xxx–xx–3676

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Add your Amending reasons here. Be sure to select Amended from the
dropdown box at the top of notice.

                                                                                         BY THE COURT

Dated: <u>3/22/06</u>

                                                                    *Audrey R Evans*
                                                                  United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (Applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (Applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**
3/22/06

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0860-3            User: rob                   Page 1 of 2                  Date Rcvd: Mar 22, 2006
Case: 05-10003                  Form ID: b18                Total Served: 43


The following entities were served by first class mail on Mar 24, 2006.
db         +Robert G. Drace, Jr.,    PO Box 81,    Tyronza, AR 72386-0081
db         +Tracey L. Drace,    PO Box 81,    Tyronza, AR 72386-0081
aty        +Jean C. Block,    WILSON & ASSOCIATES,    1521 Merrill Dr., Ste. D-220,    Little Rock, AR 72211-1654
aty        +Jimmy D. Eaton,    Attorney at Law,    1824 North Main,    N. Little Rock, AR 72114-2830
tr          A. Jan Thomas, Jr.,    U.S. Bankruptcy Trustee,    306 West Bond Avenue,
             West Memphis, AR 72301-3912
ust        +U.S. Trustee (ust),    Office of U.S. Trustee,    200 W Capitol, Ste. 1200,
             Little Rock, AR 72201-3618
cr         +GMAC Mortgage Corporation,    500 Enterprise Road, Ste 150,    Horsham, PA 19044-3597
2915612     Alliance One,   PO Box 1963,    Southgate, MI 48195-0963
2936153    +Arkansas Delta Anesthesia,    c/o Agent Helena Adjustment Company,    P.O. Box 529,
             Helena, AR 72342-0529
3032651    +B-Line, LLC/Fourscore Resource Capital, LLC/Sears,    B-Line, LLC,    Mail Stop 550,
             2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
2915613    +Bobs Bail Bond, Inc.,    Acct: 26828,    POBox 180,    Bono, AR 72416-0180
2915615    +Cash Pro Inc.,    Acct: 999YX2,    PO Box 4369,    Evansville, IN 47724-0369
2915616    +Centeral Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
2915617    +Central Credit Services,    PO Box 15118,    Jacksonville, FL 32239-5118
2915619    +Credit Bureau of Jonesboro,    109 Jackson St.,    Jonesboro, AR 72401-3107
2915620    +Credit Collection Services,    Acct: 05018886543,    Two Wells Ave,    Newton, MA 02459-3208
2936154    +Crittenden Memorial Hospital,    c/o Agent Helena Adjustment Company,    P.O. Box 529,
             Helena, AR 72342-0529
2936172    +Crittenden Memorial Hospital,    c/o Mid-South Credit Bureaus,    P.O. Box 1567,
             1410 Industrial Park Road,    Paris, TN 38242-6099
2915621    +Crittenden Physician Services,    PO Box 3026,    West Memphis, AR 72303-3026
2915623    +GMAC Mortgage,    500 Enterprise Road,    Suite 150,    Horsham, PA 19044-3597
2915624    +Helena Adustment,    Acct: Drac 221741,    Box 529,    Helena, AR 72342-0529
2915625    +Household Bank,    Acct: 5488975009547541,    PO Box 80053,    Salinas, CA 93912-0053
2915626     Household Credit Services,    Acct: 5488-9750-0954-7541,    P.O. Box 5222,
             Carol Sream, IL 60197-5222
2915627    +JC Christensen and Associates,    2221 Niagara Fall Blvd, Ste 29,    Niagara Falls, NY 14304-5717
2915629    +Lenox Collections,    Acct: 132774704,    PO Box 2010,    Langhorne,PA 19047-9010
2915630    +McCarthy, Burgess and Wolff,    Acct: 4745842,    26000 Cannon Rd,    Cleveland, OH 44146-1807
2915631    +Mercantile Adjustment Bureau, LLC,    PO Box 9315A,    Rochester, NY 14604-0999
2915634    +NRA Womens Clinic,    3104 Apache Dr.,    Jonesboro, AR 72401-7405
2915633    +National Radiology Grp of Ar PLLC,    PO Box 3396,    Evansville, IN 47732-3396
2915635     Pro Bill,    Acct: 258541,    PO Box 2078,    Huntington, WV 25720-2078
2915636    +Regional Medical Center of NEA,    Acct: 005191838,    3024 Stadium Blvd,    Jonesboro, AR 72401-7415
2915637    +Royal Furniture Co.,    PO Box 3784,    Memphis, TN 38173-0784
2915638     Sears,    Acct: 0558140087849,    86 Annex,    Atlanta, GA 30386-0001
2915639    +The Pathology Group,    Acct: 400103-3-12070298,    6060 Primacy Pkwy, Ste 439,
             Memphis, TN 38119-5769
2915640     Time Life,    Acct: 0025721697,    100 Time Life Way,    Virginia Beach VA 23479-2000
2915641     Van Ru Credit Corp,    Acct: 10522578,    150 S. Sunnyslope,Ste 108,    Brookfield, WI 53005-6461

The following entities were served by electronic transmission on Mar 22, 2006 and receipt of the transmission
was confirmed on:
aty        +Fax: 501-734-4193 Mar 23 2006 00:23:47      Nancy Jane Mahler,    WILSON & ASSOC.,
             1521 Merrill, Suite D 220,    Little Rock, AR 72211-1654
tr          EDI: QAJTHOMAS.COM Mar 22 2006 20:01:00      A. Jan Thomas, Jr.,    U.S. Bankruptcy Trustee,
             306 West Bond Avenue,    West Memphis, AR 72301-3912
3032651    +EDI: BLINE.COM Mar 22 2006 20:01:00      B-Line, LLC/Fourscore Resource Capital, LLC/Sears,
             B-Line, LLC,    Mail Stop 550,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
3030377    +EDI: CAPITALONE.COM Mar 22 2006 20:01:00      Capital One Bank,    P.O. Box 85167,
             Richmond, VA 23285-5167
2915614     EDI: CAPITALONE.COM Mar 22 2006 20:01:00      Capital One Services,    Acct: 4106-0820-8708-5687,
             PO Box 6000,    Seattle, WA 98190-6000
2915618    +EDI: CHRYSLER.COM Mar 22 2006 20:01:00      Chrysler Finance,    PO Box 172116,
             Memphis, TN 38187-2116
2915626     EDI: HFC.COM Mar 22 2006 20:01:00      Household Credit Services,    Acct: 5488-9750-0954-7541,
             P.O. Box 5222,    Carol Sream, IL 60197-5222
2915628    +EDI: TSYS.COM Mar 22 2006 20:01:00      JC Penny,    Acct: 597-049-270-7,    PO Box 960001,
             Orlando, FL 32896-0001
2915632    +E-mail: mscb@bellsouth.net Mar 22 2006 23:46:16      Mid-South Credit Bureau,    Acct: 02950433,
             PO Box 1567,    Paris, TN 38242-1567
2915638     EDI: SEARS.COM Mar 22 2006 20:01:00      Sears,    Acct: 0558140087849,    86 Annex,
             Atlanta, GA 30386-0001
3024914     EDI: ECAST.COM Mar 22 2006 20:01:00      eCAST Settlement Corporation, assignee of,
             Household Bank and its Assigns,    P.O. Box 35480,    Newark, NJ 07193-5480
                                                                                                TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2915622     Diversifed Services Group
2940020*   +GMAC Mortgage,    500 Enterprise Road,    Suite 150,    Horsham, PA 19044-3597
                                                                                                TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0860-3           User: rob              Page 2 of 2              Date Rcvd: Mar 22, 2006
Case: 05-10003                 Form ID: b18           Total Served: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2006**                     **Signature:**      _Joseph Speetjens_